NICHOLAS BERTINI et al., Respondents, *v.* JOHN R. MURRAY, Doing Business under the Name of JOHN R. MURRAY & SON, et al., Defendants, and KNICKERBOCKER ICE Co., et al., Defendants-Appellants.

Argued March 8, 1943; decided April 22, 1943.

758

*Frank A. F. Severance* and *Theodore J. Miller* for Knickerbocker Ice Company and another, appellants.

*Nathan Friedman, Irving J. W. Marx* and *Leslie Handler* for Rubel Corporation, appellant.

*Irving Lemov* for plaintiffs and respondents.

*Crawford W. Hawkins* for John R. Murray et al., defendants.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.

NICHOLAS BERTINI et al., Appellants, *v.* JOHN R. MURRAY, Doing Business under the Name of JOHN R. MURRAY & SON, et al., Respondents, and KNICKERBOCKER ICE COMPANY et al., Defendants.

Argued March 8, 1943; decided April 22, 1943.